FILED
2012 May-22  PM 03:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **TYRONE HARRIS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| **vs.** | ) | |
| | ) | Civil Action Number |
| **WARDEN GILES and THE** | ) | **2:10-cv-2781-AKK-HGD** |
| **ATTORNEY GENERAL OF** | ) | |
| **THE STATE OF ALABAMA,** | ) | |
| | ) | |
| Respondents. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and Fed. R. Civ. P. 58, it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action is due to be and hereby is **DENIED**.

DONE the 22nd day of May, 2012.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE